UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,

    Plaintiff,

v.

REHRIG PACIFIC COMPANY, a corporation,

    Defendant.

Case No. CV 18-08721-AB (RAOx)

**ORDER DISMISSING CIVIL ACTION**

    THE COURT having been advised by counsel that the above-entitled action has been settled; that the Parties have reached a [Proposed] Consent Decree resolving all claims in this action; and that the Parties' Settlement is contingent upon the federal agencies' 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(3);[1]

---

[1] Title 33 of the United States Code, Section 1365(c)(3) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."

1    **IT IS THEREFORE ORDERED** that this action is hereby dismissed without
2    costs and without prejudice to the right, upon good cause shown by **April 3, 2020**,
3    following the receipt of the [Proposed] Consent Decree by the U.S. Department of
4    Justice and the national and Region IX offices of the U.S. Environmental Protection
5    Agency. *See* 40 C.F.R. § 135.5(b) (requiring the Parties to provide notice to the Court
6    of the 45-day agency review period under 33 U.S.C. § 1365(c)).[2] On or before
7    **April 3, 2020**, the Parties are hereby **ORDERED** to file either (1) a Request to Enter
8    the [Proposed] Consent Decree or (2) a notice that the agencies objected to the
9    [Proposed] Consent Decree, along with a Joint Stipulation regarding the additional
10   time the Parties require to meet and confer in an attempt to resolve the agencies'
11   concerns.
12   This Court may re-open the action if settlement is not consummated and retains
13   full jurisdiction over this action and this Order shall not prejudice any party to this
14   action.

Dated: February 11, 2020    _____
                             ANDRÉ BIROTTE JR.
                             UNITED STATES DISTRICT JUDGE

---

[2] The Parties informed the Court that the regulatory agencies' review period will end by approximately April 1, 2020.

2.