Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com
LOZEAU DRURY LLP
1939 Harrison Street, Suite 150
Oakland, CA 94612
(510) 836-4200; (510) 836-4205 (Fax)

Attorneys for Plaintiff
CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff's Additional Counsel Listed on Next Page*

NEWMEYER & DILLION LLP
JOHN VAN VLEAR, CBN 132098
John.VanVlear@ndlf.com
JASON MOBERLY CARUSO, CBN 287809
Jason.Caruso@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendant
REHRIG PACIFIC COMPANY, a corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REHRIG PACIFIC COMPANY, a corporation,<br><br>Defendant. | Case No. 2:18-cv-08721-AB-RAO<br><br>REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE AND [PROPOSED] CONSENT DECREE AMENDMENT<br><br>Hon. Judge André Birotte Jr. |

Request for Entry of [Proposed] Consent Decree     Case No. 2:18-cv-08721-AB-RAO

i

Emily Jeffers (State Bar No. 274222)
E-mail: ejeffers@biologicaldiversity.org
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7100; (510) 844-7150 (Fax)

Pursuant to the United States Department of Justice's and the United States Environmental Protection Agency's mandated 45-day period to review the [Proposed] Consent Decree entered into by the Parties on January 31, 2020 (*See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5), and the [Proposed] Consent Decree Amendment entered into by the Parties on February 28, 2020, on March 30, 2020, the Department of Justice sent a letter to the Parties indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree. That letter is attached hereto as Exhibit 1. Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree and the [Proposed] Consent Decree Amendment filed with the Court contemporaneously with this request.

Respectfully submitted,

Dated: March 31, 2020           LOZEAU DRURY LLP

/s/ *Douglas J. Chermak*
Douglas J. Chermak
Attorneys for Plaintiff
CENTER FOR BIOLOGICAL DIVERSITY